

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

GLOBAL GRANITE & MARBLE LLC )

    Plaintiff, )

vs. )

GLOBAL GRANITE STONE & SUPPLY )
LLC, )

    Defendant. )

Civil Action No. _____

05-2374 __ D V

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN. MEMPHIS

05 JUN -2 PM 3: 50

FILED BY ____ D.C.

## PLAINTIFF GLOBAL GRANITE & MARBLE LLC'S
## MOTION FOR EXPEDITED DISCOVERY

Plaintiff Global Granite & Marble LLC ("GGM") submits the following motion for expedited discovery pursuant to Rules 26, 33, and 34 of the Federal Rules of Civil Procedure:

1.    GGM has filed a complaint for trademark infringement and other causes of action relating to Defendant Global Granite Stone and Supply ("GGSS") wrongful use and exploitation of GGM's federally registered service mark GLOBAL GRANITE & MARBLE.

2.    GGM has also filed a motion for preliminary injunction seeking to enjoin GGSS's illicit use of a confusingly similar mark for its business and products and services.

3.    To present the Court with all the facts necessary to determine the preliminary injunction motion, and to adequately conduct a hearing on GGM's injunction motion, GGM needs expedited discovery in advance of the hearing.

4.    Because GGM has suffered irreparable injury due to the ongoing trademark infringement, GGM needs expedited discovery to ensure that the scope of GGSS illicit behavior is known and stemmed as soon as possible.

**MOTION GRANTED**
DATE: 6-2-2005

_[signature]_

**BERNICE BOUIE DONALD**
**U.S. DISTRICT JUDGE**

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on ___6-6-05___

10

In support of this motion, GGM also submits the attached Memorandum of Law which identifies the points and authorities supporting this motion.

WHEREFORE, for the foregoing reasons, GGM respectfully requests that this Court grant its motion for expedited discovery.

Respectfully Submitted,

John W. Campbell (TN Bar #16017)
Harold H. Davis, Jr. (TN Bar #024054)
HUSCH & EPPENBERGER, LLC
200 Jefferson Ave., Ste. 1450
Memphis, TN 38103
(901) 523-1123

Attorneys for Global Granite & Marble LLC

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that a true and exact copy of the foregoing document has been served upon

      Anne W. Mathis
      Global Granite Stone & Supply LLC
      2374 Globe Cove
      Southaven, Mississippi 38671

by hand delivery and first class U.S. mail, postage prepaid, and facsimile this 19th day of May, 2005.

John Campbell

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 10 in case 2:05-CV-02374 was distributed by fax, mail, or direct printing on June 8, 2005 to the parties listed.

---

Harold H. Davis
HUSCH & EPPENBERGER
200 Jefferson Ave.
Ste. 1450
Memphis, TN 38103

John W. Campbell
HUSCH & EPPENBERGER
200 Jefferson Ave.
Ste. 1450
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT