FILED BY ___ D.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

05 AUG 17 AM 10: 22

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

**GLOBAL GRANITE & MARBLE LLC.,**

    Plaintiff,

v.

**GLOBAL GRANITE STONE & SUPPLY LLC.,**

    Defendant.

Case No.: 05-2374 D V

ORDER ON MOTION FOR PRELIMINARY INJUNCTION
AND ORDER DISMISSING CASE

    Before the court is the May 19, 2005, Motion for Preliminary Injunction (Docket # 2). Based on the August 4, 2005 Notice of Dismissal, the motion for injunctive relief is dismissed as moot.

    Further, pursuant to the Notice of Voluntary Dismissal, the instant case is dismissed and the Clerk is ordered to enter judgment accordingly.

    **IT IS SO ORDERED** this __16th__ day of __August__, 2005.

                        BERNICE BOUIE DONALD
                        UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on __8-18-05__

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 13 in case 2:05-CV-02374 was distributed by fax, mail, or direct printing on August 18, 2005 to the parties listed.

---

John W. Campbell
HUSCH & EPPENBERGER
200 Jefferson Ave.
Ste. 1450
Memphis, TN 38103

Harold H. Davis
HUSCH & EPPENBERGER
200 Jefferson Ave.
Ste. 1450
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT