UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

FILED BY ___ D.C.

05 AUG 25 PM 2: 17

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

**GLOBAL GRANITE & MARBLE, LLC**          **JUDGMENT IN A CIVIL CASE**

v.

**GLOBAL GRANITE STONE &**                **CASE NO: 05-2374-D**
**SUPPLY, LLC**

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Notice Of Voluntary Dismissal filed on August 4, 2005, this cause is hereby dismissed with prejudice.

APPROVED:

BERNICE B. DONALD
UNITED STATES DISTRICT COURT

August 24, 2005
Date

THOMAS M. GOULD

Clerk of Court

(By) Deputy Clerk

This document entered on the docket sheet in compliance
with Rule 58 and/or

8/29/05

14

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 14 in case 2:05-CV-02374 was distributed by fax, mail, or direct printing on August 29, 2005 to the parties listed.

---

John W. Campbell
HUSCH & EPPENBERGER
200 Jefferson Ave.
Ste. 1450
Memphis, TN 38103

Harold H. Davis
HUSCH & EPPENBERGER
200 Jefferson Ave.
Ste. 1450
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT